**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DAVID FASIHI RAMANDI,

          Petitioner,

v.

FIELD OFFICE DIRECTOR, ICE ERO SAN FRANCISCO, et al.,

          Respondents.

Case No. 1:25-cv-01462 JLT EPG (HC)

ORDER WITHDRAWING THE REFERENCE OF THE MATTER TO THE MAGISTRATE JUDGE AND REQUIRING RESPONDENT TO FILE STATUS REPORT RE CUSTODY

***Seven Day Deadline***

On October 31, 2025, Petitioner filed a petition for writ of habeas corpus and motion for temporary restraining order ("TRO"). (Docs. 1, 2.) On November 14, 2025, the Court converted the motion for TRO to a motion for preliminary injunction, granted the preliminary injunction in part, and ordered that Petitioner be provided a substantive bond hearing before an immigration judge. (Doc. 11.)

The Court set a briefing schedule and referred the matter to the assigned magistrate judge for consideration of the merits of the petition. (Doc. 11 at 20.) However, as no further briefing has been filed to date, the undersigned hereby withdraws that reference in the interest of justice and to promote judicial and party efficiency.

To assure itself of its continued jurisdiction over the matter, the Court checked ICE's online detainee locator (https://locator.ice.gov), which suggests Petitioner is no longer in

Respondents' custody. Thus, within seven days of the date of this order, Respondent shall file a status report providing an update on Petitioner's custody status.

IT IS SO ORDERED.

Dated:    **February 25, 2026**

UNITED STATES DISTRICT JUDGE